CLF 67bk
(Rev. 02/17/04)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

---

In Re: Lewis C. Keys
     Debtor(s)

Case No.: 10−15604−DWH
Chapter: 13
Judge: David W. Houston III

---

NOTICE IS HEREBY GIVEN that a

> *21* − Motion to Avoid Lien on Household Goods under Section 522(f)(1)(B)(i) Tower Loan of Mississippi, Inc. with Proposed Order attached Filed by Robert Gambrell on behalf of Lewis C. Keys. (Gambrell, Robert)

has been filed in the above caption case.

LAST DAY TO FILE OBJECTIONS OR RESPONSES IS 1/28/11 .

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said date; otherwise, the Court may consider said motion immediately after the objection or response due date.

Dated: 1/4/11

David J. Puddister
Clerk, U.S. Bankruptcy Court
BY: LLG
    Deputy Clerk